IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UROGEN PHARMA LTD., and UROGEN PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD. <br><br> Defendants. | Civil Action No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:    February 25, 2024

Date of Expiration of Patents:    January 20, 2031

Stay Deadline:    No earlier than April 15, 2027[1]

---

[1] Current expiration of Orphan Drug Exclusivity.

| | |
|---|---|
| Dated: April 2, 2024 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758) |
| William E. Solander | Alexandra M. Joyce (#6423) |
| Daniel J. Minion | Renaissance Centre |
| Katherine E. Adams | 405 N. King St., 8th Floor |
| Justin M. Dersh | Wilmington, DE 19801 |
| Philip J. Dutko | (302) 984-6300 |
| VENABLE LLP | dsilver@mccarter.com |
| 151 West 42nd Street, 49th Floor | ajoyce@mccarter.com |
| New York, NY 10036 | |
| (212) 307-5500 | *Attorneys for Plaintiffs* |
| | |
| Evan S. Krygowski | |
| VENABLE LLP | |
| 600 Massachusetts Ave., NW | |
| Washington, DC 20001 | |
| (202) 344-4000 | |