**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UROGEN PHARMA LTD., and UROGEN PHARMA, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>        Defendants. | Civil Action No. _____ |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs UroGen Pharma Ltd. and UroGen Pharma, Inc., by and through its undersigned counsel, hereby disclose that:

1. Plaintiff UroGen Pharma Ltd. is a public corporation with no parent corporation, and no publicly-held corporation holds 10% or more of its stock; and

2. UroGen Pharma Ltd. is the sole shareholder of Plaintiff UroGen Pharma, Inc.

<table>
<tr><td>

Dated: April 2, 2024

OF COUNSEL:

William E. Solander
Daniel J. Minion
Katherine E. Adams
Justin M. Dersh
Philip J. Dutko
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500

Evan S. Krygowski
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000

</td><td>

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

</td></tr>
</table>