IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UROGEN PHARMA LTD., and UROGEN PHARMA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-417-CFC |
| v. | ) ) | |
| TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS TEVA PHARMACEUTICALS, INC.'S AND
TEVA PHARMACEUTICALS USA INC.'S RULE 7.1
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Teva Pharmaceuticals, Inc. ("Teva Inc.") and Teva Pharmaceuticals USA, Inc. ("Teva USA") provide: Teva Inc. and Teva USA are each indirect, wholly owned subsidiaries of Teva Pharmaceutical Industries Ltd., which is a publicly traded company. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Inc. or Teva USA.

|  |  |
|---|---|
|  | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL:<br>Paul A. Ainsworth<br>John Christopher Rozendaal<br>Brady P. Gleason<br>Christina E. Dashe<br>Zachary L. Jacobs<br>STERNE KESSLER GOLDSTEIN & FOX<br>1101 K Street, NW, 10th Floor<br>Washington, DC 2005<br>(202) 371-2600 | Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Defendants Teva*<br>*Pharmaceuticals, Inc. and Teva* |
| Dated: July 2, 2024 | *Pharmaceuticals USA, Inc.* |