**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UROGEN PHARMA LTD., and UROGEN PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | C.A. No. 24-417-JFM |

## STIPULATION AND [PROPOSED] ORDER RE: CLAIM CONSTRUCTION

The parties hereby stipulate and agree, subject to the approval of the Court, as follows:

**I.   U.S. Patent No. 9,040,074 & U.S. Patent No. 9,950,069 – Agreed Upon Constructions**

The following claim terms should be given the agreed upon proposed constructions set forth below.

| Claim(s) | Term | Agreed Upon Construction |
|---|---|---|
| Both patents: 1-3, 8, 10, 12, 14 | "comprising…and the balance water" | "Containing a portion of water which is the remainder, but not necessarily the entire remainder"; does not exclude, additional, unrecited elements. |
| Both patents: 1-3, 8, 10, 12, 14 | "%" | "Percent by weight (w/w)" |

**II.   U.S. Patent No. 9,040,074 & U.S. Patent No. 9,950,069 - Terms proposed by Defendants as Indefinite**

Defendants contend that two claim terms are indefinite. Plaintiffs do not agree that these claim terms are indefinite and contend that the terms do not require construction and have their ordinary and customary meanings. For those terms that Defendants have proposed are indefinite,

1

the parties agree, subject to the approval of the Court, to postpone resolution of indefiniteness until trial.

| Claim(s) | Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| '074 patent – 1-3, 8, 10, 12, 14<br>'069 patent - 3 | "ethylene oxide/propylene oxide triblock copolymer having a general formula E101 P56 E101" | Ordinary and customary meaning | Indefinite |
| '074 patent – 8, 10, 12 and 14<br>'069 patent - 8, 10, 12 and 14 | "active pharmaceutical ingredient" | Ordinary and customary meaning | Indefinite |

The parties do not believe that any other claim term at issue in this case requires construction at this time. The parties therefore consent to the removal of the *Markman* hearing from the calendar, subject to the Court's discretion and approval of this stipulation.

DATED: January 24, 2025

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Urogen Pharma Ltd. And Urogen Pharma, Inc.*

SHAW KELLER LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Lindsey M. Gellar (No. 7202)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
lgellar@shawkeller.com

*Attorneys for Defendants*
*Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc.*

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge